# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER PHELPS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 07-cv-307-MJR ) |
| GARY TYNER, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Pending before the Court is Plaintiff's motion challenging the dismissal of defendant Tyner from this action (Doc. 13). In the interim, Tyner has been reinstated (*see* Docs. 46, 47), and this motion is now **MOOT**.

**IT IS SO ORDERED.**

**DATED this 18th day of February, 2009.**

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge